IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Nigel Jackson ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17cv651 |
| ) | |
| ) | |
| INOVA Health Systems ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on August 23, 2017 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the DEFENDANT and against the PLAINTIFF.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
    Dana Van Metre
    Deputy Clerk

Dated: 08/23/2017
Alexandria, Virginia